UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

FILED ISO:
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

05 OCT -3 PM 2:08

| | | |
|---|---|---|
| FIELDTURF, INC. and | ) | |
| FIELDTURF INTERNATIONAL, INC. | ) | |
| | ) | |
| PLAINTIFFS | ) | |
| | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:02CV-502-S |
| | ) | |
| TURFUSA, LLC | ) | |
| | ) | |
| DEFENDANT | ) | |

## DEFENDANT'S MOTION FOR LEAVE
## TO FILE AMENDED ANSWER AND COUNTERCLAIMS

Defendant, ProGrass, LLC (successor by name change to TurfUSA, LLC), by counsel and pursuant to Federal Rule of Civil Procedure 15(a), moves this Court for leave to file its Amended Answer and Counterclaims. The grounds for this motion are set forth in the memorandum filed contemporaneously herewith. The proposed Amended Answer and Counterclaims are attached hereto as "Exhibit 1."

Respectfully submitted,

STOLL, KEENON & PARK LLP
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507-1801
Ph: (859) 231-3000
Fax: (859) 253-1093
douglas.barr@skp.com

By: _____
P. DOUGLAS BARR
COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

This will certify that a true and accurate copy of the foregoing pleading has been served upon the following parties, by placing the same in the U.S. Mail, postage prepaid, first class, on this the _3rd_ day of October 2005:

Jody L. Factor
Factor & Lake, Ltd.
1327 W. Washington Blvd.
Suite 5G/H
Chicago, IL 60607

William W. Allen
Gess, Mattingly & Atchison, P.S.C.
201 West Short Street
Lexington, Kentucky 40507-1269

_____
COUNSEL FOR DEFENDANT