FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
06 JAN 20 PM 12: 14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| FIELDTURF, INC. and FIELDTURF INTERNATIONAL, INC.<br><br>PLAINTIFFS<br><br>v.<br><br>TURFUSA, LLC<br><br>DEFENDANT | CIVIL ACTION NO. 3:02CV-502-S |

## NOTICE OF LAW FIRM MERGER

The law firm of Stoll Keenon & Park, LLP hereby notifies the Court, the Clerk of this Court and all counsel of record in this action that, effective January 1, 2006, the law firm will merge with the law firm of Ogden Newell & Welch PLLC. The name of the merged law firm will be Stoll Keenon Ogden PLLC. The mailing address will remain the same.

Please make the appropriate change in all computer and other records related to this action.

Respectfully submitted,

_/s/ P. Douglas Barr_
P. Douglas Barr
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507-1801
Telephone: (859) 231-3000
Facsimile: (859) 253-1093
douglas.barr@skofirm.com

## CERTIFICATE OF SERVICE

     This will certify that a true and correct copy of the foregoing was served by regular mail this 19th day of January 2006, on the presiding Judge, and the Clerk, of this Division, and on the following counsel of record:

Jody L. Factor
William J. Lenz
Factor & Lake, Ltd.
1331 W. Washington Blvd., Suite 5G/H
Chicago, IL 60607-1912

William W. Allen
Gess, Mattingly & Atchison, P.S.C.
201 West Short Street
Lexington, Kentucky 40507-1269

_____
COUNSEL FOR DEFENDANT

2