UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

FieldTurf International, Inc. and FieldTurf Inc.

        Plaintiffs,

v.

TurfUSA, LLC,

        Defendant.

**OBJECTIONS TO SUBPOENA**

Case Number: 3:02CV-502-S
Pending before the United States District Court
Western District of Kentucky– Louisville Division

TO:   Michael D. Lake, Esq.
       Factor & Lake, Ltd.
       1327 West Washington Boulevard, Suite 5 G/H
       Chicago, Illinois 60607

Solvay High School, the prospective deponent named in a subpoena duces tecum served by Plaintiff's counsel on or about February 22, 2006, hereby, through its counsel, Miles G. Lawlor, Esq., of the law firm of Ferrara, Fiorenza, Larrison, Barrett & Reitz, P.C., 5010 Campuswood Drive, East Syracuse, New York 13057, gives notice, pursuant to Federal Rule of Civil Procedure 45, of its objections to the Plaintiff's subpoena to inspect and/or copy: 1) Any and all documents relating or referring to artificial grass surfaces: and, 2) Any and all documents relating or referring to ProGrass LLC, TurfUSA LLC, TurfUSA, Ltd., Specially Sports Ltd., and/or A-1 Carpets, including, without limitation, all principals, officers, trustees, employees, staff members or agents representatives, and attorneys of ProGrass LLC, TurfUSA LLC, TurfUSA, Ltd., Specially Sports Ltd., and/or A-1 Carpets from January 2001 to present.

The Solvay High School's objections are as follows:

1. The request to inspect and copy is overbroad;

2. The request to inspect and copy creates an undue burden for the Solvay High School;

3. The request to inspect and copy requires compliance at a location more than 100 miles from where the Solvay High School regularly transacts its business;

4. The Solvay High School is not a proper recipient of the subpoena;

5. The request to inspect and copy fails to allow a reasonable time for compliance; and,

6. The subpoena was not properly served.

The Solvay High School reserves the right to assert additional objections to the subpoena of the plaintiff.

Dated: March 1, 2006.

                                            */s/ Miles G. Lawlor*
                                            **MILES G. LAWLOR, ESQ.**
                                            *Bar Roll No. 506615*
                                            **FERRARA, FIORENZA, LARRISON,**
                                            **BARRETT & REITZ, P.C.**
                                            Attorneys for Solvay High School
                                            Office and Post Office Address
                                            5010 Campuswood Drive
                                            East Syracuse, New York 13057
                                            Telephone: (315) 437-7600