UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

FILED US
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

06 MAR -6 PM 1:59

---

FieldTurf International, Inc. and FieldTurf Inc.

        Plaintiffs

v.

TurfUSA, LLC,

        Defendant.

**AFFIDAVIT OF SERVICE BY MAIL**

Case Number: 3:02CV-502-S
Pending before the United States District
Court Western District of Kentucky–
Louisville Division

---

*State of New York  )*
*County of Onondaga  )  ss.:*

    **KAREN M. SEIBERT**, being duly sworn deposes and says that deponent is not a party of this action, is over 18 years of age and resides in Auburn, New York. That on the 1st day of March, 2006, deponent served the within **OBJECTIONS TO SUBPOENA** upon:

*Michael D. Lake, Esq.*
*Factor & Lake, Ltd.*
*1327 West Washington Boulevard*
*Suite 5 G/H*
*Chicago, Illinois 60607*

to the address designated by said attorney for that purpose by depositing a true copy of same enclosed plain white wrapper, in an official United States Postal Service depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                **KAREN M. SEIBERT**

Sworn to before me this
1st day of March, 2006.

*Notary Public*

CARY P. REDHEAD
Notary Public, State of New York
Qualified in Onondaga Co. No. 01RE6098114
Commission Expires Dec. 24, 20__

FERRARA, FIORENZA, LARRISON, BARRETT & REITZ, P.C.   ATTORNEYS AND COUNSELORS
5010 CAMPUSWOOD DRIVE, EAST SYRACUSE, NEW YORK 13057