UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed on June 1, 2007*

| | |
|---|---|
| FIELDTURF, INC. and ) <br> FIELDTURF INTERNATIONAL, INC. ) <br>      ) <br>     PLAINTIFFS ) <br>      ) <br> v.     ) <br>      ) <br> TURFUSA, LLC    ) <br>      ) <br>     DEFENDANT ) | CIVIL ACTION NO. 3:02CV-502-S |

## **AGREED ORDER OF DISMISSAL**

The parties, Plaintiffs FieldTurf, Inc. and FieldTurf International, Inc. (collectively "FieldTurf") and Defendant Pro Grass, LLC, successor by name change to Turf USA, LLC, by counsel, inform the Court that they have reached a settlement and executed a general release of all claims set forth in this action.  The parties therefore desire to dismiss the Complaint and all Counterclaims filed herein, with prejudice.

The Court being sufficiently advised, IT IS HEREBY ORDERED THAT:

1. FieldTurf's Complaint shall be and hereby is DISMISSED, with prejudice;

2. The Pro Grass' Amended Counterclaims shall be and hereby are DISMISSED, with prejudice; and

3. Each party shall bear their own costs, expenses and attorneys' fees associated with this matter.

**HAVE SEEN, AGREE,
AND APPROVE FOR ENTRY:**

| | |
|---|---|
| *Attorneys for Plaintiffs*<br>*FieldTurf Inc. and FieldTurf*<br>*International, Inc* | *Attorneys for Defendant*<br>*Pro Grass, LLC (successor by name*<br>*change to TurfUSA, LLC)* |
| /s/ Jody L. Factor (w/ permission)<br>Jody L. Factor<br>FACTOR & LAKE, LTD<br>1327 W. Washington Blvd., Suite G/H<br>Chicago, IL  60607<br>312-226-1919 (telephone)<br>jfactor@factor-lake.com | /s/ P. Douglas Barr<br>P. Douglas Barr<br>STOLL KEENON OGDEN PLLC<br>300 West Vine St., Suite 2100<br>Lexington, KY  40507<br>859-231-3000 (telephone)<br>douglas.barr@skofirm.com |